**James A.G. BUNCH, Jr.,**
**Plaintiff–Appellant,**

v.

**Theodis BECK, Secretary; Boyd Bennett, Director; Randall Lee; Robert Smith; Ernest Sutton; Unknown Superintendent, Central Prison; Unknown Superintendent, Nash Correctional Institution; Unknown Superintendent, Pender Correctional Institution; Unknown Superintendent, Wayne Correctional Institution; Unknown Superintendent, Marion Correctional Institution; Lawrence Solomon, Defendants–Appellees.**

No. 03–7823.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2004.

Decided: Aug. 4, 2004.

James A.G. Bunch, Jr., Appellant pro se.

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A.G. Bunch, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915 (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Bunch v. Beck*, No. CA–03–741–5–BO (E.D.N.C. Oct. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*